

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

NOV **1 3** 2020

Clerk, U.S. District Court
Texas Eastern

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | (SEALED) |
| | § | |
| v. | § | No. 4:20-CR- 322 |
| | § | Judge Jordan |
| MICHAEL DAVID MUMMERT (1) | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |

## INDICTMENT

The United States Grand Jury Charges:

## A. INTRODUCTION

At all times material to this Indictment:

1.    The Arms Export Control Act (AECA), as amended, and codified at 22 U.S.C. §§ 2751 to 2799aa-2, authorizes the President to control the export of commodities, services and technologies designated as "defense articles" and "defense services" in furtherance of the security and foreign policy interests of the United States. The articles and services so designated constitute the U.S. Munitions List (USML), which is published at 22 C.F.R. § 121. The AECA provides that individuals or entities seeking to export articles or services listed in the USML must first register with and obtain an export license from the U.S. Department of State Directorate of Defense Trade Controls (DOS). The President has delegated to DOS the authority to designate defense articles

– Page 1

and defense services, and to issue regulations governing the licensing of designated materials.

2.      The DOS regulations implementing the provisions of the AECA are entitled the International Traffic in Arms Regulations (ITAR), Title 22 Code of Federal Regulations, Sections 120-130 (Subchapter M). The ITAR identify by category the defense-related articles and services that are covered by the USML, and establish the requirements and procedures for registering with and obtaining a license from DOS for the export of any such materials. Among other requirements, the ITAR requires an applicant for an export license to identify the ultimate and final destination of the goods or services.

3.      Prior to March 9, 2020, Category I of the USML covered several classifications of firearms, including non-automatic and semi-automatic firearms up to .50 caliber. 22 C.F.R. § 121.1 Category I (a). Effective March 9, 2020, these same Category I firearms were moved from the USML the Commerce Department's Commerce Control List (CCL) for regulation and scheduling pursuant to the Export Control Reform Act (ECRA).  Prior to March 9, 2020, the firearms listed in this Indictment were covered by Category I of the USML, and were defense articles that could not be exported from the United States without a license issued by the DOS.  As of March 9, 2020, the firearms listed in this Indictment were covered by the CCL, and could not be exported from the United States without a license issued by the Commerce Department.

4.     Federal Firearms Licensees (FFL) are dealers of firearms who sell firearms as part of their livelihood. FFLs are required by federal law to maintain records relating to the sale of firearms to consumers. The principal purpose of requiring licensed firearms dealers to obtain such information from purchasers is to assist law enforcement activities. One of the records required to be kept by FFLs is the Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 (Form 4473). Cheaper Than Dirt Guns LLC, Mister Guns, Celina Gun Shop, Carry With Confidence, Dareing Arms, and BlackMarketArms.com are gun stores that are owned and operated by FFLs.

5.     Form 4473 requires a purchaser of a firearm to truthfully answer whether or not the firearms being purchased are being acquired on behalf of another person. It is illegal to state on Form 4473 that a person is the "actual buyer" of the firearm if the firearm is purchased at the request of, or with the money from, a third party. The members of the conspiracy would circumvent this requirement by lying on the Form 4473, stating the guns were for themselves, when in fact they were being transferred to others.

██████████████ – Page 3

## COUNT ONE

Violation: 18 U.S.C. §§ 371, 554 & 2 (Conspiracy to Smuggle Goods (Firearms) from the United States; Aiding and Abetting)

From in or around 2013, the exact date being unknown to the Grand Jury, through and including the date of the filing of this indictment, in the Eastern District of Texas, and elsewhere, the defendant,

### MICHAEL DAVID MUMMERT ("MUMMERT")



did knowingly and willfully combine, conspire and agree with each other and with other persons known and unknown to the United States Grand Jury to receive, conceal, buy, and facilitate the transportation and concealment of merchandise and articles, that is, firearms and firearms parts, prior to exportation, knowing the same to be intended for exportation, without first having obtained the required export license and authorization from the U.S. Department of State or Department of Commerce, in violation of, and contrary to, the Arms Export Control Act, 22 U.S.C. § 2778(b)(2) and (c), the International Traffic in Arms Regulations, 22 C.F.R. §§ 121.3, 123.1, 127.1, the Export Control Reform Act, 50 U.S.C. §§ 4801-4852, and the Export Administration Regulations, 15 C.F.R. § 736.2.

All in violation of Title 18, United States Code, Section 554.

## B. OVERT ACTS

In furtherance of the conspiracy and to affect the objects thereof, in the Eastern District of Texas and elsewhere, at least one of the conspirators committed and caused to be committed, at least one of the following overt acts:

1.     On or about December 19, 2013, ██████████ purchased two (2) Glock 23 .40 caliber pistols bearing serial numbers UCN679 and UCN647, and three (3) Beretta 96A1 .40 caliber pistols bearing serial numbers A51983M, A49722M and A49605M from Cheaper Than Dirt Guns LLC, located at 2058 W. University, McKinney, Texas 75071, in the Eastern District of Texas.. Although these weapons were purchased for export to Mexico, ██████████ stated on the Form 4473 that he was the actual buyer of the weapons, when in fact he was not. The Glock 23, .40 caliber pistol bearing serial number UCN679 was later recovered in Mexico on August 17, 2015, with a time to crime of approximately 606 days.

2.     On or about January 12, 2017, **MUMMERT** purchased four (4) Glock, model 32, .357 caliber pistols, serial numbers BBZR292, BBZR290, BBZR291, and BBZR293, from Mister Guns (FFL 57506531), located at 2751 W. 15th Street, Plano, Texas 75075.

3.     From approximately August 2017 to March 2018, **MUMMERT** and ██████████ discussed the conspiracy to purchase firearms on behalf of ██████████, including purchasing kits and parts and a plan to purchase an M134 rifle built with customized tri-pods and a mount unit.

4.      On or about May 01, 2019, aided and abetted by ███████████ ███████████, **MUMMERT** purchased three (3) Romarm/Cugir/Century Arms, model RH10, caliber 7.62 rifles, serial numbers MA2741819, MA2749719, and MA27555919; and three (3) Riley Defense, model RAK47, caliber 7.62 rifles, serial numbers B06900, B07014, B06954, from Celina Gun Shop in Celina, Texas.

5.      On or about May 04, 2019, **MUMMERT** purchased three (3) Riley Defense, model RAK47, caliber 7.62x39 rifles, serial numbers B07102, B07122, and B07124, from Carry With Confidence in Prosper, Texas.

6.      On or about June 13, 2019, **MUMMERT** purchased one (1) JNC, model M2, caliber .50BMG, serial number 9101021, from Celina Gun Shop in Celina, Texas.

7.      On or about June 21, 2019, **MUMMERT** purchased five (5) Typhoon Defense, model F12, caliber 12-gauge shotguns, serial numbers 19-2-1993, 19-2-1992, 19-2-1991, 19-2-1987, and 19-2-1986, from Celina Gun Shop in Celina, Texas. Although these weapons were purchased for export to Mexico, **MUMMERT** stated on the Form 4473 that he was the actual buyer of the weapons, when in fact he was not.

8.      On or about July 15, 2019, **MUMMERT** purchased one (1) Pioneer Arms, model AK-47, caliber 7.62x39 rifle, serial number PAC1126084 from Carry With Confidence in Prosper, Texas. Although this weapon was purchased for export to Mexico, **MUMMERT** stated on the Form 4473 that he was the actual buyer of the weapons, when in fact he was not.

9.      On or about August 15, 2019, **MUMMERT** purchased one (1) Century Arms, model AK-47, caliber 7.62 rifle, serial number SV7009164 from Celina Gun Shop

in Celina, Texas. Although this weapon was purchased for export to Mexico, **MUMMERT** stated on the Form 4473 that he was the actual buyer of the weapons, when in fact he was not.

10. On or about August 22, 2019, aided and abetted by ▮▮, **MUMMERT** and ▮▮▮▮ drove from McKinney, Texas to McAllen, Texas and delivered approximately eleven (11) to fifteen (15) firearms to two Hispanic males, knowing the firearms would be exported to Mexico.

11. On or about September 20, 2019, **MUMMERT** purchased one (1) Riley Defense, model RAK47, caliber 7.62 rifle, serial number B08882, and one (1) Browning, model M2-HB, caliber .50, serial number 190184 from Celina Gun Shop in Celina, Texas. Although these weapons were purchased for export to Mexico, **MUMMERT** stated on the Form 4473 that he was the actual buyer of the weapons, when in fact he was not.

12. On or about October 04, 2019, **MUMMERT** purchased three (3) Riley Defense, model RAK47, caliber 7.62 rifles, serial numbers B09971, B09632, and B09641, and one (1) Wise Lite Arms, model PKM, caliber 7.62x54, rifle, serial number WLA27-GU230, from Celina Gun Shop in Celina, Texas. Although these weapons were purchased for export to Mexico, **MUMMERT** stated on the Form 4473 that he was the actual buyer of the weapons, when in fact he was not.

13. On or about November 07, 2019, **MUMMERT** purchased one (1) Nemo Arms, model Omen, Caliber .300, Rifle, serial number OMENTP00087, and two (2) Browning, model BAR MK II, caliber .300, rifles, serial numbers 311ZN03247 and

311ZN03246, from Celina Gun Shop in Celina, Texas. Although these weapons were purchased for export to Mexico, **MUMMERT** stated on the Form 4473 that he was the actual buyer of the weapons, when in fact he was not.

14.     On or about December 03, 2019, **MUMMERT** purchased eight (8) Browning, model BAR MK3, caliber .300, rifles, serial numbers 311ZN13359, 311ZN13352, 311ZN11781, 311ZN11753, 311ZN11774, 311ZN13357, 311ZN11786, and 311ZN11785, and five (5) FN, model FNX-45, caliber .45, pistols, serial numbers FX3U124699, FX3U126181, FX3U125919, FX3U124085, and FX3U121443, from Celina Gun Shop in Celina, Texas. Although these weapons were purchased for export to Mexico, **MUMMERT** stated on the Form 4473 that he was the actual buyer of the weapons, when in fact he was not.

15.     On or about December 15, 2019, **MUMMERT** purchased three (3) Benelli, model R1, caliber .338, rifles, serial numbers BB155899Q19, BB155897L19, and BB155900N19 from Carry With Confidence in Prosper, Texas. Although these weapons were purchased for export to Mexico, **MUMMERT** stated on the Form 4473 that he was the actual buyer of the weapons, when in fact he was not.

16.     On or about January 08, 2020, **MUMMERT** purchased five (5) Benelli, model R1, caliber .30-06, rifles, serial numbers BB159799S19, BB159801S19, BB159798Q19, BB159800Q19, and BB159797N19, from Carry With Confidence in Prosper, Texas. Although these weapons were purchased for export to Mexico, **MUMMERT** stated on the Form 4473 that he was the actual buyer of the weapons, when in fact he was not.

17.     On or about January 25, 2020, **MUMMERT** purchased one (1) Dareing Arms, model Reaper, caliber 8mm, rifle, serial number REV6-8, (Dareing Custom Build), from Dareing Arms in Denton, Texas. Although this weapon was purchased for export to Mexico, **MUMMERT** stated on the Form 4473 that he was the actual buyer of this weapon, when in fact he was not.

18.     On or about February 19, 2020, **MUMMERT** purchased one (1) Wise Lite Arms, model M53-Gen3, caliber 8mm, rifle, serial number WLA217-00018, from Celina Gun Shop in Celina, Texas. Although this weapon was purchased for export to Mexico, **MUMMERT** stated on the Form 4473 that he was the actual buyer of this weapon, when in fact he was not.

19.     In or about March 2020, **MUMMERT** delivered firearms, firearms parts and ammunition to ████████ at a tractor trailer truck stop located in Grand Prairie, Texas, knowing said items were intended for export to Mexico.

20.     On or about April 09, 2020, **MUMMERT** purchased one (1) Ruger, model 18016, caliber 6mm, rifle, serial number 1800-69747, and fourteen (14) Century Arms, model C308, caliber .308, rifles, serial numbers C308E25408, C308E25395, C308E25536, C308E25535, C308E25534, C308E25501, C308E25522, C308E25636, C308E25543, C308E25403, C308E25519, C308E25530, C308E25537, and C308E25523, from Celina Gun Shop in Celina, Texas. Although these weapons were purchased for export to Mexico, **MUMMERT** stated on the Form 4473 that he was the actual buyer of the weapons, when in fact he was not.

21.     On or about April 13, 2020, **MUMMERT** purchased two (2) Mossberg, model MVP, caliber 7.62, rifles, serial numbers MVP0017067 and MVP0017288, from Carry With Confidence in Prosper, Texas. Although these weapons were purchased for export to Mexico, **MUMMERT** stated on the Form 4473 that he was the actual buyer of the weapons, when in fact he was not.

22.     On or about April 23, 2020, **MUMMERT** purchased three (3) THOR, model TR-15, caliber 5.56, rifles, serial numbers L3K-00102, L3K-00105, and L3K-00164, from Celina Gun Shop in Celina, Texas. Although these weapons were purchased for export to Mexico, **MUMMERT** stated on the Form 4473 that he was the actual buyer of the weapons, when in fact he was not.

23.     On or about May 4, 2020, **MUMMERT** purchased seven (7) Century Arms, model C308, caliber .308, rifles, serial numbers C308E25526, C308E25531, C308E25639, C308E25638, C308E25635, C308E25521, and C308E25541 from BlackMarketArms.com and had those firearms shipped to a newly listed address for Mister Guns, which was 2540 East Plano Parkway, Suite 188, Plano, TX 75074. However, Mister Guns had not yet moved into this new location. On or about May 8, 2020, a UPS driver delivered the firearms to Dent Mechanic, located at 2450 East Plano Parkway, Suite 126, Plano, TX 75074, who was at the time accepting deliveries on behalf of closed businesses located in the same building. **MUMMERT** later picked up the above listed firearms from Dent Mechanic without going through the lawful firearms transfer process in that **MUMMERT** did not fill out the ATF Form 4473 Firearms Transaction Record.

24.     On or about May 05, 2020, **MUMMERT** purchased five (5) Zastava, model ZPAPM70, caliber 7.62, rifles, serial numbers Z70-064968, Z70-064791, Z70-065580, Z70-065178, and Z70-065228 from Celina Gun Shop in Celina, Texas. Although these weapons were purchased for export to Mexico, **MUMMERT** stated on the Form 4473 that he was the actual buyer of these weapons, when in fact he was not.

25.     On or about May 07, 2020, **MUMMERT** purchased four (4) Century Arms, model C308, caliber .308, rifles, serial number C308E25625, C308E25640, C308E25453, and C308E25496 from Carry With Confidence in Prosper, Texas. Although these weapons were purchased for export to Mexico, **MUMMERT** stated on the Form 4473 that he was the actual buyer of the weapons, when in fact he was not.

26.     On or about May 11, 2020, **MUMMERT** purchased two (2) Ruger, model Precision Rifle, caliber 6mm rifles, serial numbers 1801-29577 and 1801-29442, from Mister Guns in Plano, Texas. Although these weapons were purchased for export to Mexico, **MUMMERT** stated on the Form 4473 that he was the actual buyer of the weapons, when in fact he was not.

27.     On or about May 22, 2020, **MUMMERT** purchased two (2) PTR Industries, model PTR91, caliber .308 rifles, serial numbers GI15394 and GI15408, from Carry With Confidence in Prosper, Texas. Although these weapons were purchased for export to Mexico, **MUMMERT** stated on the Form 4473 that he was the actual buyer of the weapons, when in fact he was not.

28.     On or about May 19, 2020, ███████ delivered approximately $10,000.00 in United States Currency to ███, knowing the money would be used to unlawfully purchase firearms on behalf of ████████.

29.     On or about May 27, 2020, **MUMMERT** purchased one (1) Ohio Ordnance Works, model M240-SLR, caliber 7.62X51 rifle, serial number 240329, from Mister Guns in Plano, Texas. Although this weapon was purchased for export to Mexico, **MUMMERT** stated on the Form 4473 that he was the actual buyer of the weapon, when in fact he was not.

30.     On or about May 27, 2020, **MUMMERT** purchased one (1) Original AR, model 56, caliber 7.62 rifle, serial number 37009485 and three (3) Century Arms, model C308, caliber .308 rifles, serial numbers C308E25549, C308E25560, and C308E25559, from Celina Gun Shop in Celina, Texas. Although these weapons were purchased for export to Mexico, **MUMMERT** stated on the Form 4473 that he was the actual buyer of the weapons, when in fact he was not.

31.     On or about June 11, 2020, **MUMMERT** purchased one (1) FN, model M249, caliber 5.56 rifle, serial number M249SA07624, from Mister Guns in Plano, Texas. Although this weapon was purchased for export to Mexico, **MUMMERT** stated on the Form 4473 that he was the actual buyer of the weapon, when in fact he was not.

32.     On or about June 11, 2020, **MUMMERT** delivered firearms, firearms parts and ammunition to ████████ at a tractor trailer truck stop located in Grand Prairie, Texas, knowing said items were intended for export to Mexico.

33.    On or about June 17, 2020, in the state of Tamaulipas, Mexico, Tamaulipas State Police discovered and seized approximately fifty-four (54) firearms hidden inside four (4) refrigeration units which had recently been imported from the United States. Of the fifty-four (54) firearms recovered, approximately thirty-three (33) of them were traced back to **MUMMERT**.

34.    On or about June 18, 2020, **MUMMERT** purchased one (1) FN, model M249S, caliber 5.56 rifle, serial number M249SA00339, from Mister Guns in Plano, Texas. Although this weapon was purchased for export to Mexico, **MUMMERT** stated on the Form 4473 that he was the actual buyer of this weapon, when in fact he was not.

35.    On or about August 12, 2020, the following rifles were recovered from **MUMMERT**: Five (5) Century Arms International, model C308 Sporter, caliber .308 rifles, bearing serial numbers C308E25543, C308E25408, C308E25395, C308E25537, and C308E25541; one (1) Zastava, model 2-PAP M70, caliber 7.62 rifle, bearing serial number 270-064968; and one (1) Ruger, model Precision Rifle, caliber 6mm rifle, bearing serial number 1800-69747.

### COUNT TWO

Violation: 18 U.S.C. §§ 554(a) & 2
(Smuggling Goods (Firearms)
From the United States; Aiding
and Abetting)

On or about August 22, 2019, in the Eastern District of Texas and elsewhere, the defendant, **MICHAEL DAVID MUMMERT** ███████████████, aided and abetted by others known and unknown to the United States Grand Jury, did

███████████████ – Page 13

fraudulently and knowingly receive, conceal, buy, and facilitate the transportation, concealment and sale, prior to export from the United States, of merchandise, articles, and objects, specifically, approximately eleven (11) to fifteen (15) firearms, the exact make, model and serial number being unknown to the Grand Jury, knowing these to be intended for export, without first having obtained the required export license and authorization from the U.S. Department of State, in violation of, and contrary to, the Arms Export Control Act, 22 U.S.C. § 2778(b)(2) and (c), and the International Traffic in Arms Regulations, 22 C.F.R. §§ 121.3, 123.1 and 127.1.

In violation of 18 U.S.C. §§ 554(a) & 2.

## COUNT THREE

Violation:18 U.S.C. § 922(a)(1)(A)
(Engaging in the Business Without
a License (Firearms))

From in or around 2013, the exact date being unknown to the Grand Jury, and continuing through and including the date of the filing of this Indictment, in the Eastern District of Texas and elsewhere, the defendant, **MICHAEL DAVID MUMMERT**, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

Pursuant to 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 924(d), and 28 U.S.C. § 2461.

As the result of committing the offenses alleged in this Indictment, the defendant **MICHAEL DAVID MUMMERT** shall forfeit to the United States:

– Page 14

a.      Any property, real or personal, which constitutes or is derived from proceeds traceable to a violation of any offense constituting a "specified unlawful activity" (as defined in 18 U.S.C. § 1956(c)(7)), or a conspiracy to commit such offense; and any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. § 922(a)(1)(A); including, but not limited to, the following:

(1)    **Specific Assets.**

a. five (5) Typhoon Defense, model F12, caliber 12 gauge shotguns, serial numbers 19-2-1993, 19-2-1992, 19-2-1991, 19-2-1987, and 19-2-1986;
b. one (1) Pioneer Arms, model AK-47, caliber 7.62x39 rifle, serial number PAC1126084;
c. one (1) Century Arms, model AK-47, caliber 7.62 rifle, serial number SV7009164;
d. one (1) Riley Defense, model RAK47, caliber 7.62 rifle, serial number B08882;
e. one (1) Browning, model M2-HB, caliber .50, serial number 190184;
f. three (3) Riley Defense, model RAK47, caliber 7.62 rifles, serial numbers B09971, B09632, and B09641;
g. one (1) Wise Lite Arms, model PKM, caliber 7.62x54, rifle, serial number WLA27-GU230;
h. one (1) Nemo Arms, model Omen, Caliber .300, Rifle, serial number OMENTP00087;
i. two (2) Browning, model BAR MK II, caliber .300, rifles, serial numbers 311ZN03247 and 311ZN03246;
j. eight (8) Browning, model BAR MK3, caliber .300, rifles, serial numbers 311ZN13359, 311ZN13352, 311ZN11781, 311ZN11753, 311ZN11774, 311ZN13357, 311ZN11786, and 311ZN11785;
k. five (5)  FN, model FNX-45, caliber .45, pistols, serial numbers FX3U124699, FX3U126181, FX3U125919, FX3U124085, and FX3U121443;
l. three (3) Benelli, model R1, caliber .338, rifles, serial numbers BB155899Q19, BB155897L19, and BB155900N19;
m. five (5) Benelli, model R1, caliber .30-06, rifles, serial numbers BB159799S19, BB159801S19, BB159798Q19, BB159800Q19, and BB159797N19;
n. one (1) Wise Lite Arms, model M53-Gen3, caliber 8mm, rifle, serial number WLA217-00018;
o. one (1) Ruger, model 18016, caliber 6mm, rifle, serial number 1800-69747;
p. fourteen (14) Century Arms, model C308, caliber .308, rifles, serial numbers C308E25408, C308E25395, C308E25536, C308E25535, C308E25534,

C308E25501, C308E25522, C308E25636, C308E25543, C308E25403, C308E25519, C308E25530, C308E25537, and C308E25523;

q. two (2) Mossberg, model MVP, caliber 7.62, rifles, serial numbers MVP0017067 and MVP0017288;

r. three (3) THOR, model TR-15, caliber 5.56, rifles, serial numbers L3K-00102, L3K-00105, and L3K-00164;

s. seven (7) Century Arms, model C308, caliber .308, rifles, serial numbers C308E25526, C308E25531, C308E25639, C308E25638, C308E25635, C308E25521, and C308E25541;

t. five (5) Zastava, model ZPAPM70, caliber 7.62, rifles, serial numbers Z70-064968, Z70-064791, Z70-065580, Z70-065178, and Z70-065228;

u. four (4) Century Arms, model C308, caliber .308, rifles, serial number C308E25625, C308E25640, C308E25453, and C308E25496;

v. two (2) Ruger, model Precision Rifle, caliber 6mm rifles, serial numbers 1801-29577 and 1801-29442;

w. two (2) PTR Industries, model PTR91, caliber .308 rifles, serial numbers GI15394 and GI15408;

x. one (1) Ohio Ordnance Works, model M240-SLR, caliber 7.62X51 rifle, serial number 240329;

y. one (1) Original AR, model 56, caliber 7.62 rifle, serial number 37009485;

z. three (3) Century Arms, model C308, caliber .308 rifles, serial numbers C308E25549, C308E25560, and C308E25559;

aa. one (1) FN, model M249, caliber 5.56 rifle, serial number M249SA07624;

bb. one (1) FN, model M249S, caliber 5.56 rifle, serial number M249SA00339; and

cc. any ammunition related to the case.

(2)    **Cash Proceeds.** A money judgment in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is property constituting, or derived from, proceeds obtained directly or indirectly, as the result of the offense alleged in this Indictment.

b.    If any of the property described above as being subject to forfeiture as a result of any act or omission of the defendants-

(1)    cannot be located upon the exercise of due diligence;

(2)    has been transferred or sold to, or deposited with a third person;

(3)    has been placed beyond the jurisdiction of the court;

(4)    has been substantially diminished in value; or

(5)    has been commingled with other property which

cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek

forfeiture of any other property of the defendants up to the value of the above forfeitable

property, including but not limited to all property, both real and personal owned by the

defendants.

By virtue of the commission of the offenses alleged in this Indictment, any and all

interest the defendants have in the above-described property is vested in and forfeited to

the United States.

A TRUE BILL

_____
FOREMAN

STEPHEN J. COX
UNITED STATES ATTORNEY

Date: _____

_____
MATTHEW T. JOHNSON
Assistant United States Attorney

– Page 17

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA　　§
　　　　　　　　　　　　　　　§
v.　　　　　　　　　　　　　　§　　No. 4:20-CR
　　　　　　　　　　　　　　　§　　Judge
MICHAEL DAVID MUMMERT (1)　§
　　　　　　§
　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　§　　SEALED
　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　§

## NOTICE OF PENALTY

### Counts One and Two

Violation:　　　　18 U.S.C. §§ 371, 554 & 2

Penalty:　　　　Imprisonment of not more than 10 years, a fine not to exceed $250,000, or both; a term of supervised release of not more than three years.

Special Assessment: $ 100.00

### Count Three

Violation:　　　　18 U.S.C. § 922(a)(1)(A)

Penalty:　　　　Imprisonment of not more than five years, a fine not to exceed $250,000, or both; a term of supervised release of not more than three years.

Special Assessment: $ 100.00